IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| UNITED STATES OF AMERICA | ) | Criminal No. 2:16cr **136** |
|---|---|---|
| | ) | |
| | ) | 18 U.S.C. § 2422(b) |
| v. | ) | Coercion and Enticement of a Minor |
| | ) | |
| THOMAS W. ALMBERG, | ) | |
| | ) | |
| Defendant. | ) | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

Between on or about January 28, 2016, and March 29, 2016, within the Eastern District of Virginia, and elsewhere, THOMAS W. ALMBERG, using a means and facility of interstate and foreign commerce, did knowingly persuade, induce, entice, and coerce Victim #1, who had not attained the age of 18 years, to engage in sexual activity for which a person can be charged with a criminal offense, namely Virginia Code § 18.2-374.3(D).

(In violation of Title 18, United States Code, Section 2422(b).)

## CRIMINAL FORFEITURE

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

1. Upon conviction of the violation alleged in this Criminal Information, the defendant shall forfeit to the United States, as part of the sentencing pursuant to Federal Rule of Criminal Procedure 32.2:

    a. Any property, real or personal, constituting or derived from, any proceeds obtained, directly or indirectly, as the result of the violation; and

    b. Any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the violation.

2. If any property that is subject to forfeiture above, as a result of any act or omission of the defendant, (a) cannot be located upon the exercise of due diligence, (b) has been transferred to, sold to, or deposited with a third party, (c) has been placed beyond the jurisdiction of the Court, (d) has been substantially diminished in value, or (e) has been commingled with other property that cannot be divided without difficulty, it is the intention of the United States to seek forfeiture of any other property of the defendant, as subject to forfeiture under Title 21, United States Code, Section 853(p).

(In accordance with Title 18, United States Code, Section 2428; and Title 21, United States Code, Section 853(p)).

*United States v. THOMAS W. ALMBERG*, 2:16cr 136

DANA J. BOENTE
UNITED STATES ATTORNEY

By: */s/ V. Kathleen Dougherty*
V. Kathleen Dougherty
Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
Office Number - 757-441-6331
Facsimile Number - 757-441-6689
E-Mail- v.kathleen.dougherty@usdoj.gov

3